No I

AO 91 (Rev. 08/09)  Criminal Complaint

United States District Court
Southern District of Texas
FILED

JAN 1 3 2014

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Kristen Hilary Washington | ) Case No. M-14-0071-M |
| YOB: 1985 | ) |
| POB: United States | ) |
| Citizenship: USC | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 12, 2014  in the county of  Hidalgo  in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21USC 841<br>21USC 952 | defendant did knowingly and intentionally import into the United States from the United Mexican States approximately 28.84 kilograms of cocaine, a Schedule II controlled substance, and defendant did knowingly and intentionally possess with the intent to distribute approximately 28.84 kilograms of cocaine, a Schedule I controlled substance |

This criminal complaint is based on these facts:
On Janaury 12, 2014, a 2006 Mazda CRX arrived at the Hidalgo, Texas Port Of Entry. United States Customs and Border Protection Officer (CBPO) Mark Lewis was working the primary inspection area where he obtained a negative declaration for alcohol, tobacco, firearms, and narcotics from the driver, Kristen Hilary Washington.  CBPO Lewis observed Washington appeared nervous during questioning and he referred her to secondary forn further inspection.

✓ Continued on the attached sheet.

_____
Complainant's signature

Adrian Olivarez, HSI Special Agent
Printed name and title

Approved to file Kimberly Ancho
AUSA

Sworn to before me and signed in my presence.

Date: 1/13/2014   8:44 a.m.

_____
Judge's signature

City and state:  McAllen, Texas

Peter E. Ormsby, U.S. Magistrate Judge
Printed name and title

## ATTACHMENT "A"

While at the secondary inspection, CBPO Horacio Pena also obtained a negative declaration from Washington. CBPO Pena observed tampering to the rocker panels of the vehicle and he referred the vehicle to the Gamma Ray Non-intrusive Inspection where CBPOs noticed anomalies on the rocker panels. CBP Canine Officer R. Briseno conducted a K-9 search of the vehicle and the K-9 alerted to the presence of narcotics in the rocker panels of the vehicle. Further inspection of the rocker panels revealed a compartment which resulted in the discovery of twenty-six (26) bundles wrapped in cellophane tape which contained a white powdery substance that field tested positive for cocaine. The total weight of the 26 bundles of cocaine was 28.84 kilograms.

In a post Miranda interview, Washington admitted she knew she was smuggling cocaine in her vehicle and was going to deliver it to a northern destination. Washington stated she had successfully smuggled narcotics through the port of entry once and admitted she delivered the narcotics to an unknown male in Houston, Texas. Washington stated she was paid $5000 for her first smuggling attempt. Washington did not know how much she was going to be paid on this attempt.